Chris P. Reilly, Alaska Bar No. 0807047
Nicoll Black & Feig, PLLC
1325 Fourth Avenue, Suite 1650
Seattle, WA 98101
Telephone: (206) 838-7555
Facsimile: (206) 838-7515
Attorneys for Markel American
Insurance Company

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISARA, LLC, an Alaska limited liability company, and JOERGEN SCHADE,<br><br>Plaintiffs,<br><br>v.<br><br>MARKEL AMERICAN INSURANCE COMPANY, a Virginia corporation,<br><br>Defendant. | No.: 5:12-cv-00005-TMB<br><br>**CORPORATE DISCLOSURE STATEMENT OF MARKEL AMERICAN INSURANCE COMPANY, INC.** |

Markel American Insurance Company ("Markel") provides the following Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1:

Markel is a wholly-owned subsidiary of Markel Corporation, a publicly-traded company.

DATED this 14th day of September, 2012.

        NICOLL BLACK & FEIG PLLC

        /s/ Chris P. Reilly
        Chris P. Reilly, Alaska Bar No. 0807047
        Attorneys for Defendant Markel American
        Insurance Company

CORPORATE DISCLSOURE
STATEMENT OF MARKEL AMERICAN
INSURANCE COMPANY, INC. - 1

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-

Case 5:12-cv-00005-TMB   Document 1   Filed 09/14/12   Page 1 of 2

# CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Mr. H. Clay Keene
Keene & Currall, P.C.
540 Water Street, Suite 302
Ketchikan, AK 99901
Attorney for Plaintiffs

Dated this 14th day of September, 2012

NICOLL BLACK & FEIG PLLC

/s/ Chris P. Reilly
Chris P. Reilly, WSBA #25585
Alaska Bar No. 0807047

CORPORATE DISCLSOURE
STATEMENT OF MARKEL AMERICAN
INSURANCE COMPANY, INC. - 2

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-

Case 5:12-cv-00005-TMB   Document 1   Filed 09/14/12   Page 2 of 2