H. Clay Keene
AlaskaBar No: 7610110
KEENE & CURRALL, P.C.
540 Water Street, Suite 302
Ketchikan, Alaska 99901
Phone: (907) 225-4131
Fax: (907) 225-0540
E-mail: clay.keene@keenecurrall.com
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISARA, LLC, an Alaska limited liability Company; and JOERGEN SCHADE,<br><br>            Plaintiffs,<br><br>v.<br><br>MARKEL AMERICAN INSURANCE COMPANY, a Virginia corporation,<br><br>            Defendant. | Case No. 5:12-cv-00005-TMB |

### NOTICE OF SETTLEMENT

Pursuant to the Order of the Court dated January 16, 2013, the parties hereby notify the Court that they have reached a settlement. The parties are in the process of finalizing settlement details and will be filing a stipulation to dismiss.

Dated at Ketchikan, Alaska this 17th day of January, 2013.

                                            KEENE & CURRALL, P.C.
                                            Attorneys for Plaintiffs


                                            By /s/ H. Clay Keene
                                                H. Clay Keene
                                                Alaska Bar No: 7610110

**NOTICE OF SETTLEMENT** – Page 1 of 2
*Chrisara, LLC et al. v.Markel Am. Ins. Co.*,Case No. 5:12-cv-00005-TMB
hck\Schade, Joergen (28.513.B) Insurance-Bad Faith\Pleadings\Notice of Settlement.doc

Case 5:12-cv-00005-TMB   Document 12   Filed 01/17/13   Page 1 of 2

**Certificate of Service**

I certify that on January 17, 2013 a copy of the foregoing was served by ECF on:

Chris P. Reilly, Esq.
Nicoll Black & Feig
1325 Fourth Avenue, Suite 1650
Seattle, Washington 98101
creilly@nicollblack.com

and by email to:

Rivers Black, Esq.
Nicoll Black & Feig
1325 Fourth Avenue, Suite 1650
Seattle, Washington 98101
rblack@nicollblack.com

By /s/ Erica J. Caudill
        Keene & Currall

**NOTICE OF SETTLEMENT** – Page 2 of 2
*Chrisara, LLC et al. v.Markel Am. Ins. Co.*,Case No. 5:12-cv-00005-TMB
hck\Schade, Joergen (28.513.B) Insurance-Bad Faith\Pleadings\Notice of Settlement.doc

Case 5:12-cv-00005-TMB   Document 12   Filed 01/17/13   Page 2 of 2