THE HONORABLE TIMOTHY M. BURGESS

Chris P. Reilly, Alaska Bar No. 0807047
Nicoll Black & Feig, PLLC
1325 Fourth Avenue, Suite 1650
Seattle, WA 98101
Telephone: (206) 838-7555
Facsimile: (206) 838-7515
Attorneys for Markel American
Insurance Company

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISARA, LLC, an Alaska limited liability company, and JOERGEN SCHADE, <br><br> Plaintiffs, <br><br> v. <br><br> MARKEL AMERICAN INSURANCE COMPANY, a Virginia corporation, <br><br> Defendant. | NO.: 5:12-cv-00005-TMB <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

Plaintiffs Chrisara, LLC and Joergen Schade and defendant Markel American Insurance Company, by and through their undersigned counsel of record, hereby stipulate and agree that all claims which have been asserted in this action by plaintiffs against defendant have been settled and shall be dismissed with prejudice and without costs to any party.

The parties request that the Court enter the below proposed Order dismissing this action with prejudice.

//

//

//

//

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE - 1

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

Case 5:12-cv-00005-TMB   Document 13   Filed 01/30/13   Page 1 of 3

DATED this 30th day of January, 2013.

KEENE & CURRALL, PC                           NICOLL BLACK & FEIG PLLC

*Signed per email authorization 1/30/2013*

/s/ H. Clay Keene _____          /s/ Chris P. Reilly _____
H. Clay Keene, Alaska Bar No. 7610110        Chris P. Reilly, Alaska Bar No. 0807047
Attorneys for Plaintiffs                     Attorneys for Defendant Markel American
Chrisara, LLC and Joergen Schade             Insurance Company

## **ORDER**

Based upon the foregoing stipulated motion, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that all claims by plaintiffs Chrisara, LLC and Joergen Schade against defendant Markel American Insurance Company are dismissed with prejudice and without costs to any party.

This is a final order resolving this cause number.

DATED this _____ day of January, 2013.

_____
The Honorable Timothy M. Burgess
United States District Court, District of Alaska Judge

**Presented by:**

KEENE & CURRALL, P.C.
Attorneys for Plaintiffs Chrisara, LLC and Joergen Schade
*Signed per email authorization 1/30/2013*

/s/ H. Clay Keene_____
H. Clay Keene, Alaska Bar No. 7610110
540 Water Street, Suite 302
Ketchikan, Alaska 99901
Telephone: (907) 225-4131
Fax: (907) 225-0540
E-mail: clay.keene@keenecurrall.com

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE - 2

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY
COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

Case 5:12-cv-00005-TMB   Document 13   Filed 01/30/13   Page 2 of 3

NICOLL BLACK & FEIG PLLC
Attorneys for Defendant Markel American Insurance Company

/s/ Chris P. Reilly_____
Chris P. Reilly, Alaska Bar No. 0807047
1325 Fourth Avenue, Suite 1650
Seattle, Washington 98101
Telephone: (206) 838-7555
Fax: (206) 838-7515
Email: creilly@nicollblack.com

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE - 3

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

Case 5:12-cv-00005-TMB   Document 13   Filed 01/30/13   Page 3 of 3