# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISARA, LLC, an Alaska limited liability company, and JOERGEN SCHADE, | 5:12-cv-00005-TMB |
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| MARKEL AMERICAN INSURANCE COMPANY, a Virginia corporation, | |
| Defendant. | |

## ORDER

Based upon the foregoing stipulated motion, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that all claims by plaintiffs Chrisara, LLC and Joergen Schade against defendant Markel American Insurance Company are dismissed with prejudice and without costs to any party.

This is a final order resolving this cause number.

DATED this 31ST day of January, 2013.

/s/ Timothy M. Burgess
HONORABLE TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT